

# United States District Court

## Northern District of Illinois

### 219 South Dearborn Street

### Chicago, Illinois 60604

Chambers of
Robert W. Gettleman
Judge

(312) 435-5543

August 28, 2007

RECEIVED 2007 SEP -4 A 11: 35 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C.  20544

Re:    Amendment to Financial Disclosure Report for 2006

Dear Committee:

Pursuant to your letter of August 22, 2007, please accept this letter as an amendment to my 2006 Financial Disclosure Report.  The mutual fund listed in Part VII, page 7, line 55, should have been listed as "Morgan Stanley Growth Fund of Amer."

Very truly yours,

Robert W. Gettleman

RWG:mg

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W | U. S. District, N.D. Illinois | 06/13/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge (active) | ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 S. Dearborn St. Chambers 1788 Chicago, IL 60604 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

FINANCIAL DISCLOSURE OFFICE 2007 JUN 18 A 10: 27 RECEIVED

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | General Partner: Bob Jo Investments (passive investment partnership with Joel Rubin in single real estate venture; we each own 50% (Cont. in Part VIII) |
| 2. | General Partner: DP Partners (general passive investment partnership that owns condominium units in Philadelphia; my wife and I own (Cont. in Part VIII) |
| 3. | Bolar & Co., Evanston, IL (Passive investments with brother Lawrence in limited partnerships & securities (listed in Part VII). (Cont. in Part VIII) |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2006 | Northwestern University School of Law; taught courses | $ 4000.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | LCSW, Private Social Work Practive |
| 2. 2006 | Teachers' Retirement Pension |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association, Section of Litigation | June 22-24, 2006, Napa, CA (Transportation, meals and room) |
| 2. | American Bar Association, Section of Litigation | October 12-16, 2006, Santa Barbara, CA (Transportation, meals and room) |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☒ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. KeyBonus Deferred Annuity | C | Interest | L | T | | | | | |
| 2. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 3. Bob Jo Investments (Real Estate) | | None | J | U | | | | | |
| 4. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 5. MS Natural Resources | A | Dividend | K | T | | | | | |
| 6. DP Partners | A | Dividend | | | liquidated | 12/31 | J | A | |
| 7. Morgan Stanley Active Assets Money Trust | C | Interest | L | T | | | | | |
| 8. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 9. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | Partial Sale | 9/1 | J | A | |
| 10. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 11. Newmont Mining | A | Dividend | J | T | | | | | |
| 12. Sacred Silks | A | Dividend | J | T | | | | | |
| 13. Eldorado Gold CP | A | Dividend | J | T | Partial Sale | 5/16 | J | A | |
| 14. GMAC Bank CD | A | Interest | | | Sale | 3/28 | J | A | |
| 15. CCTO Production Partnership (see VIII No. 4) ☆★★ | C | Dividend | K | U | | | | | |
| 16. Items 17 through 51 are Bolar investments. | | | | | | | | | |
| 17. Bravo Restaurants, Inc. | | None | K | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

*** formerly known as D'Ancona Citation Associates.

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Naperville Washington Venture | | None | M | U | | | | | |
| 19. Morgan Stanley Liq. Asset Fund | A | Dividend | J | T | | | | | |
| 20. Morgan Stanley Active Asset Trust | A | Dividend | J | T | | | | | |
| 21. Morgan Stanley Dev. Growth Fund | A | Dividend | J | T | | | | | |
| 22. Morgan Stanley Div. Growth Fund | A | Dividend/Cap | J | T | | | | | |
| 23. Barrick Gold Corp. | A | Dividend | J | T | | | | | |
| 24. Gold Corp | A | Dividend | J | T | buy | 10/31 | J | | |
| 25. Hornbeck Offshore Services, Inc. | A | Dividend | | | sell | 2/13 | J | A | |
| 26. Western Silver Corp. | A | Dividend | | | sell | 4/6 | J | A | |
| 27. Dynamic Materials Corp | A | Dividend | | | sell | 4/7 | J | A | |
| 28. Giga Tronics | A | Dividend | J | T | | | | | |
| 29. Glamis Gold Ltd | A | Distribution | J | T | | | | | |
| 30. HDFC Bank Ltd ADR | A | Dividend | J | T | | | | | |
| 31. Image Entertainment Inc New | A | Distribution | J | T | | | | | |
| 32. Image Entertainment Inc New | A | Dividend | J | T | | | | | |
| 33. Miramar Mining Corp | A | Dividend | J | T | buy | 6/21 | J | | |
| 34. Newmont Mining Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Nortel Networks | A | Dividend | J | T | | | | | |
| 36.   Placer Dome Inc | A | Dividend | J | T | partial sell | 11/22 | K | | |
| 37.   Sun Microsystems, Inc. | A | Dividend | J | T | | | | | |
| 38.   Supertex Inc. | A | Dividend | | | sell | 1/25 | J | A | |
| 39.   Tata Motors | A | Dividend | J | T | partial sell | 5/11 | J | | |
| 40.   Tata Motors | A | Dividend | | | sell | 5/22 | J | A | |
| 41.   Unisyscorp | A | Dividend | J | T | | | | | |
| 42.   3Com Corp | A | Dividend | J | T | | | | | |
| 43.   Aehr Test Systems | A | Dividend | J | T | buy | 7/21 | J | | |
| 44.   Banro Corp | A | Dividend | J | T | buy | 10/31 | J | | |
| 45.   Boston Scientific Corp | A | Dividend | J | T | buy | 11/06 | J | | |
| 46.   China Unicom Ltd ADS | A | Dividend | J | T | buy | 11/6 | J | | |
| 47.   Continental ALNS Inc CLB | A | Dividend | J | T | buy | 6/21 | J | | |
| 48.   Isis Pharm Inc | A | Dividend | J | T | buy | 12/11 | J | | |
| 49.   Polymet Mining Corp | A | Dividend | J | T | buy | 9/13 | J | | |
| 50.   Tanzanian Royalty Expl CP | A | Dividend | J | T | buy | 4/6 | J | | |
| 51.   Western Cooper Corp | A | Dividend | J | T | buy | 5/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Start of IRA American Mutual Fund | C | Dividend | K | T | | | | | |
| 53. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 54. BICO Inc. | A | Dividend | | | sell | 1/6 | J | A | |
| 55. Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 56. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 57. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 58. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 59. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 60. Morgan Stanley Pacific Growth B | A | Dividend | J | T | | | | | |
| 61. Financing Corp CPN Strips Ser 1 INT PMT 10.000 2018 | A | Dividend | K | T | | | | | |
| 62. Lord Abbett | A | Dividend | K | T | | | | | |
| 63. Los Angeles CO CA Pension OBLIG CAP APPREC_C IBC | E | Dividend | K | T | | | | | |
| 64. Microvision Inc (Wash) | A | Dividend | J | T | | | | | |
| 65. Putnam Health Science Trust | A | Dividend | J | T | | | | | |
| 66. Sacramento Cnty Calif Go Pens FDG-A Taxable OY 7.53 BE | A | Dividend | J | T | | | | | |
| 67. Tenn VY Auth 6.75% 6-1-28 SR D | A | Dividend | J | T | | | | | |
| 68. Barrick Gold Corp | A | Dividend | | | sell | 11/6 | J | A | |

1. Income Gain Codes:    A.=$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000      R =Cost (Real Estate Only)      P4 =More than $50,000,000      T =Cash Market
   (See Column C2)      Q =Appraisal      V =Other      S =Assessment
     U =Book Value      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gold Corp | A | Dividend | | | sell | 6/8 | J | A | |
| 70. Newmont Mining Corp | A | Dividend | J | T | buy | 11/30 | J | | |
| 71. Placer Dome, Inc. | A | Dividend | | | sell | 11/5 | J | A | |
| 72. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 73. Coeur D. Alene Mns Cp | A | Dividend | J | T | | | | | |
| 74. Sun Microsystems, Inc. | A | Dividend | J | T | partial sell | 5/11 | J | | |
| 75. SLM Corp Ser CPI/Floater | A | Dividend | J | T | | | | | |
| 76. World Finl Network Natl Bank Gahanna Oh CD | A | Dividend | J | T | | | | | |
| 77. Baker Hughes | A | Dividend | | | sell | 2/8 | J | A | |
| 78. BJ Svcs Co | A | Dividend | | | sell | 2/8 | J | A | |
| 79. Electr Data Systems Corp New | A | Dividend | | | sell | 2/8 | J | A | |
| 80. Fed Natl Mtg Assn Set-Up 08/11/07 06.00 | A | Dividend | J | T | | | | | |
| 81. Intl Bk for Recon & Dev | A | Dividend | J | T | | | | | |
| 82. Merck & Co | A | Dividend | | | sell | 12/7 | J | A | |
| 83. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 84. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 85. Western Silver Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Advanced Micro Devices | A | Dividend | J | T | partial sell | 3/13 | J | | |
| 87. Advanced Micro Devices | A | Dividend | | | sell | 4/17 | J | A | |
| 88. Agilent Technologies | A | Distribution | | | sell | 6/13 | J | A | |
| 89. Anglogold Ashanti Ltd | A | Dividend | | | sell | 5/19 | J | A | |
| 90. Asa | A | Dividend | | | sell | 6/8 | J | A | |
| 91. Cal Dive Intl Inc | A | Dividend | | | sell | 2/14 | J | A | |
| 92. Diageo Plc Spon ADR New | A | Dividend | J | T | buy | 2/23 | J | | |
| 93. Dundee Precious Metals, Inc. | A | Dividend | J | T | | | | | |
| 94. Freescale Semi Inc. CLA | A | Dividend | J | T | | | | | |
| 95. Genentech Inc. | A | Dividend | | | sell | 4/6 | J | A | |
| 96. HDFC Bank Ltd. | A | Dividend | J | T | buy | 1/26 | J | | |
| 97. HDFC Bank Ltd. | A | Dividend | J | | partial sell | 6/8 | J | | |
| 98. Intuitive Surgical Inc | A | Dividend | | | sell | 2/6 | J | A | |
| 99. Meridian Gold Corp. | A | Dividend | | | sell | 6/13 | J | A | |
| 100. Motorola Inc. | A | Dividend | | | sell | 5/1 | J | A | |
| 101. Nortel Networks Corp New | A | Dividend | J | T | | | | | |
| 102. Tata Motors | A | Dividend | J | T | partial sell | 3/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Tata Motors | A | Dividend | J | T | partial sell | 5/11 | J | | |
| 104. Tata Motors | A | Dividend | | | sell | 5/22 | J | A | |
| 105. Trizen Han | A | Dividend | | | redemption | 9/28 | J | A | |
| 106. First Bank CD | A | Interest | | | redemption | 1/27 | J | A | |
| 107. Franklin Bank CD | A | Interest | | | redemption | 4/12 | J | A | |
| 108. GMAC Bank CD | A | Interest | J | T | buy | 9/7 | J | | |
| 109. GMAC Bank CD | A | Interest | J | T | partial rede | 3/28 | J | | |
| 110. Amazon Com Inc. | A | Dividend | J | T | buy | 9/25 | J | | |
| 111. China Life Ins Coltd | A | Dividend | J | T | buy | 4/18 | J | | |
| 112. China Life Ins Coltd | A | Dividend | J | T | buy | 5/17 | J | | |
| 113. China Life Ins Coltd | A | Dividend | J | T | buy | 12/28 | J | | |
| 114. Deutsche Telekon ORD ABS AGI | A | Dividend | J | T | buy | 9/13 | J | | |
| 115. Devon Energy Corp New | A | Dividend | J | T | buy | 10/16 | J | | |
| 116. Dynamic Materials Corp | A | Dividend | J | T | buy | 10/16 | J | | |
| 117. Eli Lilly & Co. | A | Dividend | J | T | buy | 8/16 | J | | |
| 118. Intel Corp | A | Dividend | J | T | buy | 1/26 | J | | |
| 119. Isis Pharm Inc. | A | Dividend | J | T | buy | 4/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Isis Pharm Inc. | A | Dividend | J | T | buy | 12/7 | J | | |
| 121. Isis Pharm Inc. | A | Dividend | J | T | buy | 12/11 | J | | |
| 122. Ivanhoe Mines Ltd | A | Dividend | J | T | buy | 4/18 | J | | |
| 123. Las Vegas Sands Corp | A | Dividend | J | T | buy | 12/8 | J | | |
| 124. Miramar Mining Corp. | A | Dividend | J | T | buy | 10/11 | J | | |
| 125. Nanogen Inc. | A | Dividend | J | T | buy | 4/18 | J | | |
| 126. Radioshack Corp. | A | Dividend | J | T | buy | 9/13 | J | | |
| 127. Sanofi Aventis Ads | A | Dividend | J | T | buy | 3/29 | J | | |
| 128. Sanofi Aventis ADS | A | Dividend | J | T | buy | 5/16 | J | | |
| 129. Seabridge Gold Inc | A | Dividend | J | T | buy | 2/23 | J | | |
| 130. Streetracks DJ Global Titans | A | Dividend | J | T | buy | 3/29 | J | | |
| 131. Tanzanian Royal Expl CP | A | Dividend | J | T | buy | 10/16 | J | | |
| 132. The India Fund Inc. | A | Dividend | J | T | buy | 9/25 | J | | |
| 133. The Indian Fund Inc. | A | Dividend | J | T | buy | 10/16 | J | | |
| 134. Tibco Software Inc. | A | Dividend | J | T | buy | 9/25 | J | | |
| 135. Washington Mutual CD | A | Dividend | J | T | buy | 6/1 | J | | |
| 136. Capital One Bank | A | Dividend | J | T | buy | 10/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gettleman, Robert W | 06/13/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Fremont Inv Co. | A | Dividend | J | T | buy | 12/7 | J | | |
| 138. Bank Hapoalim Fid | A | Dividend | J | T | buy | 11/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part II Agreements.

No. 1 :  of one limited partnership interest).

No. 2:  a 4.44% interest and have no role in management).

No. 3:  We each own 50% of the partnership which owns passive limited partnership interest and a Morgan Stanley Active Assets account.  Current value of Bolar & Co. is no more tha█████████

No. 4:  The interest in CCTO Production Partnership (formerly known as D'Ancona Citation Associates) was split between █████████d me (pursuant to Bolar & Co. partnership), as of July 1, 2006.  This 1/2 interest is therefore no longer listed under Bolar & Co. assets.

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W | 06/13/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date June 13, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544